UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

TARA WHYTE; HATTIE WALKER;
GLORIA ROLLE; LEONARD ROLLE;
VALBERT ECCLESTON; CHARLISE          CASE NO.: 9:10-cv-81041 WPD
MACK; SHIRLEY JENKINS CAMPBELL;
TYRONE CAMPBELL; MIRETHA
MCWILLIAMS; STANLEY MCWILLIAMS;
LATORIA KELLY; ALBERT SPENCER;
MILDRED CHERY; andFAIR HOUSING
CENTER OF THE GREATER PALM
BEACHES, INC.,

        Plaintiffs,

v.

ALSTON MANAGEMENT, INC.; BIG
LAKE VILLAGES, INC.; CALVIN D.
ALSTON; and MONA L. MILLER,

        Defendants.

_____/

### DEFENDANTS', ALSTON MANAGEMENT, INC.; BIG LAKE VILLAGES, INC.; CALVIN D. ALSTON; AND MONA L. MILLER, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS SECOND AMENDED COMPLAINT

Defendant, ALSTON MANAGEMENT, INC., BIG LAKE VILLAGES, INC., CALVIN

D. ALSTON, and MONA L. MILLER, (hereinafter, "Defendants"), by and through their

undersigned counsel, file this Answer and Affirmative Defenses to Plaintiffs', TARA WHYTE;

HATTIE WALKER; GLORIA ROLLE; LEONARD ROLLE; VALBERT ECCLESTON;

CHARLISE MACK; SHIRLEY JENKINS CAMPBELL; TYRONE CAMPBELL; MIRETHA

MCWILLIAMS; STANLEY MCWILLIAMS; LATORIA KELLY; ALBERT SPENCER;

MILDRED CHERY; and FAIR HOUSING CENTER OF THE GREATER PALM BEACHES,

INC., (hereinafter, "Plaintiffs"), First Amended Complaint and state the following:

## NATURE OF ACTION

1.    Defendants are without knowledge of the allegations of Paragraph #1 of the Amended Complaint, therefore, it is denied and strict proof is demanded.

2.    Defendants are without knowledge of the allegations of Paragraph #2 of the Amended Complaint and strict proof is demanded.

3.    Defendants deny the allegations of Paragraph #3 of the Amended Complaint and strict proof is demanded.

4.    Defendants deny the allegations of Paragraph #4 of the Amended Complaint and strict proof is demanded.

5.    Defendants deny the allegations of Paragraph #5 of the Amended Complaint and strict proof is demanded.

6.    Defendants deny the allegations of Paragraph #6 of the Amended Complaint and strict proof is demanded.

7.    Defendants deny the allegations of Paragraph #7of the Amended Complaint and strict proof is demanded.

8.    Defendants deny the allegations of Paragraph #8 of the Amended Complaint and strict proof is demanded.

9    Defendants deny the allegations of Paragraph #9 of the Amended Complaint, therefore, strict proof is demanded.

## PARTIES

10.    Defendants deny the allegations of Paragraph #10 of the Amended Complaint and strict proof is demanded.

2

11.     Defendants deny the allegations of Paragraph #11 of the Amended Complaint and strict proof is demanded.

12.     Defendants deny the allegations of Paragraph #12 of the Amended Complaint and strict proof is demanded.

13.     Defendants deny the allegations of Paragraph #13 of the Amended Complaint and strict proof is demanded.

14.     Defendants deny the allegations of Paragraph #14 of the Amended Complaint and strict proof is demanded.

15.     Defendants deny the allegations of Paragraph #15 of the Amended Complaint and strict proof is demanded.

16.     Defendants deny the allegations of Paragraph #16 of the Amended Complaint and strict proof is demanded.

17.     Defendants deny the allegations of Paragraph #17 of the Amended Complaint, therefore, it is denied and strict proof is demanded.

18.     Defendants are without knowledge of the allegations of Paragraph #18 of the Amended Complaint, therefore, it is denied and strict proof is demanded.

19.     Defendants are without knowledge of the allegations of Paragraph #19 of the Amended Complaint, therefore, it is denied and strict proof is demanded.

20.     Defendants are without knowledge of the allegations of Paragraph #20 of the Amended Complaint, therefore, it is denied and strict proof is demanded.

21.     Defendants deny the allegations of Paragraph #21 of the Amended Complaint and strict proof is demanded.

22.     Defendants deny the allegations of Paragraph #22 of the Amended Complaint and strict proof is demanded.

3

23.     Defendants deny the allegations of Paragraph #23 of the Amended Complaint and strict proof is demanded.

24.     Defendants deny the allegations of Paragraph #24 of the Amended Complaint and strict proof is demanded.

25.     Defendants deny the allegations of Paragraph #25 of the Amended Complaint and strict proof is demanded.

26.     Defendants deny the allegations of Paragraph #26 of the Amended Complaint and strict proof is demanded.

27.     Defendants deny the allegations of Paragraph #27 of the Amended Complaint and strict proof is demanded.

28.     Defendants admit Matthew 25 Ministries, Inc., has been responsible for the formulation and implementation of policies, practices acts, and conduct with respect to rental terms and conditions as well as all other facets of the management of units at the Pelican Lake apartments since December 1, 2008. Defendants are without knowledge as to the rest of the allegations of Paragraph #28 of the Amended Complaint and strict proof is demanded.

29.     Defendants admit Miracle Park Inc., has been responsible for the formulation and implementation of policies, practices acts, and conduct with respect to rental terms and conditions as well as all other facets of the management of units at the Pelican Lake apartments since December 1, 2008. Defendants are without knowledge as to the rest of the allegations of Paragraph #28 of the Amended Complaint and strict proof is demanded.

## JURISDICTION AND VENUE

30.     Defendants admit the allegations of Paragraph #30 of the Amended Complaint, for jurisdictional purposes only.

4

## FACTUAL BACKGROUND

### A. History of Pelican Lake

31.     Defendants deny the allegations of Paragraph #31 of the Amended Complaint and strict proof is demanded.

32.     Defendants deny the allegations of Paragraph #32 of the Amended Complaint and strict proof is demanded.

33.     Defendants deny the allegations of Paragraph #33 of the Amended Complaint and strict proof is demanded.

34.     Defendants deny the allegations of Paragraph #34 of the Amended Complaint and strict proof is demanded.

35.     Defendants are without knowledge as to the allegations of Paragraph #35 of the Amended Complaint and strict proof is demanded.

36.     Defendants are without knowledge as to the allegations of Paragraph #36 of the Amended Complaint and strict proof is demanded.

37.     Defendants deny the allegations of Paragraph #37 of the Amended Complaint and strict proof is demanded.

### B. All Pelican Lake Residents with Children Directed to Vacate the Property

38.     Defendants deny the allegations of Paragraph #38 of the Amended Complaint and strict proof is demanded.

39.     Defendants deny the allegations of Paragraph #39 of the Amended Complaint and strict proof is demanded.

40.     Defendants are without knowledge of the allegations of Paragraph #40 of the Amended Complaint and strict proof is demanded.

41.     Defendants deny the allegations of Paragraph #41 of the Amended Complaint and strict proof is demanded.

5

42.     Defendants are without knowledge of the allegations of Paragraph #42 of the Amended Complaint and strict proof is demanded.

### C. Plaintiffs Forced to Relocate Their Families

43.     Defendants deny the allegations of Paragraph #43 of the Amended Complaint and strict proof is demanded.

44.     Defendants deny the allegations of Paragraph #44 of the Amended Complaint and strict proof is demanded.

45.     Defendants deny the allegations of Paragraph #45 of the Amended Complaint and strict proof is demanded.

46.     Defendants deny the allegations of Paragraph #46 of the Amended Complaint and strict proof is demanded.

47.     Defendants deny the allegations of Paragraph #47 of the Amended Complaint and strict proof is demanded.

48.     Defendants deny the allegations of Paragraph #48 of the Amended Complaint and strict proof is demanded.

49.     Defendants deny the allegations of Paragraph #49 of the Amended Complaint and strict proof is demanded.

50.     Defendants deny the allegations of Paragraph #50 of the Amended Complaint and strict proof is demanded.

51.     Defendants deny the allegations of Paragraph #51 of the Amended Complaint and strict proof is demanded.

52.     Defendants deny the allegations of Paragraph #52 of the Amended Complaint and strict proof is demanded.

53.     Defendants deny the allegations of Paragraph #53 of the Amended Complaint and strict proof is demanded.

6

54.     Defendants deny the allegations of Paragraph #54 of the Amended Complaint and strict proof is demanded.

55.     Defendants deny the allegations of Paragraph #55 of the Amended Complaint and strict proof is demanded.

56.     Defendants deny the allegations of Paragraph #56 of the Amended Complaint and strict proof is demanded.

57.     Defendants deny the allegations of Paragraph #57 of the Amended Complaint and strict proof is demanded.

58.     Defendants deny the allegations of Paragraph #58 of the Amended Complaint and strict proof is demanded.

59.     Defendants deny the allegations of Paragraph #59 of the Amended Complaint and strict proof is demanded.

60.     Defendants deny the allegations of Paragraph #60 of the Amended Complaint and strict proof is demanded.

61.     Defendants deny the allegations of Paragraph #61 of the Amended Complaint and strict proof is demanded.

62.     Defendants deny the allegations of Paragraph #62 of the Amended Complaint and strict proof is demanded.

63.     Defendants deny the allegations of Paragraph #63 of the Amended Complaint and strict proof is demanded.

64.     Defendants deny the allegations of Paragraph #64 of the Amended Complaint and strict proof is demanded.

65.     Defendants deny the allegations of Paragraph #65 of the Amended Complaint and strict proof is demanded.

7

66. Defendants deny the allegations of Paragraph #66 of the Amended Complaint and strict proof is demanded.

67. Defendants deny the allegations of Paragraph #67 of the Amended Complaint and strict proof is demanded.

68. Defendants deny the allegations of Paragraph #68 of the Amended Complaint and strict proof is demanded.

69. Defendants deny the allegations of Paragraph #69 of the Amended Complaint and strict proof is demanded.

70. Defendants deny the allegations of Paragraph #70 of the Amended Complaint and strict proof is demanded.

71. Defendants deny the allegations of Paragraph #71 of the Amended Complaint and strict proof is demanded.

72. Defendants deny the allegations of Paragraph #72 of the Amended Complaint and strict proof is demanded.

73. Defendants deny the allegations of Paragraph #73 of the Amended Complaint and strict proof is demanded.

74. Defendants deny the allegations of Paragraph #74 of the Amended Complaint and strict proof is demanded.

75. Defendants deny the allegations of Paragraph #75 of the Amended Complaint and strict proof is demanded.

76. Defendants deny the allegations of Paragraph #76 of the Amended Complaint and strict proof is demanded.

77. Defendants deny the allegations of Paragraph #77 of the Amended Complaint and strict proof is demanded.

78.     Defendants deny the allegations of Paragraph #78 of the Amended Complaint and strict proof is demanded.

79.     Defendants deny the allegations of Paragraph #79 of the Amended Complaint and strict proof is demanded.

80.     Defendants deny the allegations of Paragraph #80 of the Amended Complaint and strict proof is demanded.

81.     Defendants deny the allegations of Paragraph #81 of the Amended Complaint and strict proof is demanded.

## INJURIES TO PLAINTIFFS

82.     Defendants deny the allegations of Paragraph #82 of the Amended Complaint and strict proof is demanded.

83.     Defendants deny the allegations of Paragraph #38 of the Amended Complaint and strict proof is demanded.

84.     Defendants deny the allegations of Paragraph #84 of the Amended Complaint and strict proof is demanded.

85.     Defendants deny the allegations of Paragraph #85 of the Amended Complaint and strict proof is demanded.

86.     Defendants deny the allegations of Paragraph #86 of the Amended Complaint and strict proof is demanded.

87.     Defendants deny the allegations of Paragraph #87 of the Amended Complaint and strict proof is demanded.

88.     Defendants deny the allegations of Paragraph #88 of the Amended Complaint and strict proof is demanded.

89.     Defendants deny the allegations of Paragraph #89 of the Amended Complaint and strict proof is demanded.

90.     Defendants deny the allegations of Paragraph #90 of the Amended Complaint and strict proof is demanded.

91.     Defendants deny the allegations of Paragraph #91 of the Amended Complaint and strict proof is demanded.

92.     Defendants deny the allegations of Paragraph #92 of the Amended Complaint and strict proof is demanded.

93 (a).  Defendants deny the allegations of Paragraph #93(a) of the Amended Complaint and strict proof is demanded.

93 (b).  Defendants deny the allegations of Paragraph #93(b) of the Amended Complaint and strict proof is demanded.

93 (c).  Defendants deny the allegations of Paragraph #93(c) of the Amended Complaint and strict proof is demanded.

93 (d).  Defendants deny the allegations of Paragraph #93(d) of the Amended Complaint and strict proof is demanded.

93 (e).  Defendants is without knowledge of the allegations of Paragraph #93(e) of the Amended Complaint and strict proof is demanded.

93 (f).  Defendants without knowledge of the allegations of Paragraph #93(f) of the Amended Complaint and strict proof is demanded.

93 (g).  Defendants without knowledge of the allegations of Paragraph #93(g) of the Amended Complaint and strict proof is demanded.

93 (h).  Defendants without knowledge of the allegations of Paragraph #93(h) of the Amended Complaint and strict proof is demanded.

10

94.     Defendants deny the allegations of Paragraph #94 of the Amended Complaint and strict proof is demanded.

## AFFIRMATIVE DEFENSE

95.     **First Affirmative Defense:** All decisions made with regard to Plaintiff or that affected the Plaintiffs were made in good faith and taken for legitimate business reasons or purposes.

96.     **Second Affirmative Defense:** Plaintiff failed to make reasonable efforts to mitigate any damages.

97.     **Third Affirmative Defense:** Any acts or omissions by any of the Defendants' employees, agents and/or officers were contrary to their good faith efforts to comply with the law.

98.     **Fourth Affirmative Defense:** Any residential standards enforced against any of the Plaintiffs was necessitated, or permitted by , federal, state or local law or permit.

99.     **Fifth Affirmative Defense:** Plaintiffs are estopped from seeking equitable relief as a result of the doctrine of unclean hands.

100.    **Sixth Affirmative Defense:** Plaintiffs, or any of them, lack standing to represent the interests of others beyond the actual injuries they have suffered.

101.    **Seventh Affirmative Defense:** Defendants or any of them, are not liable for damages that are not the direct and proximate result of a plaintiffs's injury.

102.    **Eighth Affirmative Defense:** Plaintiffs' injuries, if any, are the natural and proximate result of their own acts.

103.    **Ninth Affirmative Defense:**  other parties are responsible for the Plaintiffs' damages. Pursuant to *Fabre*, this Defendant would name MIRACLE PARK, INC., and MATTHEW 25 MINISTRIES, INC., as the parties responsible for  Plaintiffs' damages.

104.    **Tenth Affirmative Defense:** Defendants reserve the right to amend their Affirmative Defenses as discovery proceeds.

11

## DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

Respectfully submitted,

S/ GARY F. BAUMANN

FULMER, LeROY, ALBEE, BAUMANN, PLC
Attorneys for Defendants
2866 East Oakland Park Boulevard
Fort Lauderdale, FL  33306
(954) 707-4430  phone
(954) 707-4431 fax

GARY F. BAUMANN
FLA BAR NO.:  089052
gbaumann@fulmerleroy.com
CANDACE MOSS
FLA BAR NO.: 0774111
cmoss@fulmerleroy.com

## CERTIFICATE OF SERVICES

I HEREBY CERTIFY on March 21, 2011, I electronically filed the foregoing document with the Clerk of Court via CM/ECF, further the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via email or via facsimile for those counsel or parties who are not able to receive electronic email.

/s/ Gary F. Baumann
Gary F. Baumann

## SERVICE LIST

Whyte, et.al. v. Alston Management, Inc., et. al.
Case No.: 9:10-cv-81041-WPB
United States Disteict Court, Southern District of Florida

James P. Curry, Esq.
Curry PL
601 Heritage Drive, Suite 203A
Jupiter, Florida 33458

james.curry@currypl.com

Reed N. Colfax, Esq.
Relman, Dane & Colfax, PLLC
1225 Nineteenth Street, Suite 600
Washington, DC 20036
rcolfax@relmanlaw.com

Norman L. Schroeder, II
The Law Offices of Norman L. Schroeder, II, P.A.
6801 Lake Worth Road, Suite 120
Lake Worth, Florida 33467
nschroeder@nlsbankruptcy.com