UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:10-cv-81041-WPD

TARA WHYTE, *et al.*,

    Plaintiffs,

v.

ALSTON MANAGEMENT, INC., *et al.,*

    Defendants.

**PLAINTIFFS' PROPOSED VOIR DIRE**

**I.   General**

1. Do any of you know any of the parties in the case?

   - Tara Whyte
   - Hattie Walker
   - Gloria Rolle
   - Leonard Rolle
   - Valbert Eccleston
   - Charlise Mack
   - Shirley Campbell
   - Tyrone Campbell
   - Miretha McWilliams
   - Stanley McWilliams
   - Latoria Kelly
   - Albert Spencer
   - Mildred Chery
   - Calvin Alston
   - Mona Miller

2. Do any of you know of or done business with any of the organizational parties in the case?
   - Fair Housing Center of the Greater Palm Beaches, Inc.
   - Alston Management, Inc.
   - Big Lake Villages, Inc.
   - Matthew 25 Ministries, Inc.

1

- Miracle Park, Inc.

3. Do any of you know any of the attorneys in the case?

- Reed Colfax
- Tara Ramchandani
- James "Scott" Curry
- Gary Baumann
- Candace Moss

4. Do any of you know any of the witnesses in the case?
    - Vince Larkins
    - Bernard Kleina
    - Jacob Alston
    - Donna Doney
    - Richard Witherow
    - Patrick Powers
    - Janet Tenbarge
    - Nyoka Edwards
    - Annie Watts

5. Have you, or your family members, ever lived in Pahokee Florida?

6. Have you, or your family members, ever lived in Belle Glade, Florida?

7. Do you have children?

8. Do any of your children take the bus to school?

9. What city/town do you live in?

10. Are you originally from the South Florida area?

11. Do you live in a rural area?

12. Were you raised in a rural area?

13. Did you ever attend college?

14. Do you do any charitable or volunteer work?

15. Have you ever received Section 8 assistance or any other form of governmental assistance?

16. Have you ever lived on a fixed income?

## II. Law

17. Are you or do you have a family member who is a lawyer?

18. Have you served on a jury before?

19. Have you ever been a party to a lawsuit (have you sued anyone or been sued)?

20. Do you think there are too many lawsuits these days?

## III. Community Involvement

21. Have you, or members of your family, ever worked for a governmental agency?

22. Have you, or members of your family, ever worked for a non-profit agency?

23. Are you, or members of your family, active in your community?

24. Do you regularly attend a church?

25. Is your church involved in ministry to ex-offenders?

## IV. Housing

26. Do you rent your home?

27. Have you ever rented a home?

28. Do you own any rental property?

29. Have you ever owned rental property?

30. Have you, or members of your family, ever worked in the real estate or property management business?

## V. Sex Offenders

31. Do you think sex offenders receive sufficient penalties for their crimes?

32. Do you agree with the rules that require sex offenders to live certain distances from where children congregate?

33. Do you have any problem with sex offender reporting requirements?

34. Do you believe that sex offenders have a hard time finding places to live after they serve their time?

35. Has anyone had a relative or friend who has been convicted of a sex crime?

### VI. Discrimination

36. Do you think residents should be able to decide who gets to live in their community?

37. Do you feel that you, a family member, or close friend have ever been discriminated against because you have children?

38. Have you, a family member, or close friend ever made a written complaint about any form of discrimination?

39. Have you, a family member, or close friend ever been accused of discriminating against someone because they had children?

40. Have you, a family member, or close friend ever been accused of any other kind of discrimination?

41. Do you believe discrimination can occur even when it is not intentional?

42. Do any families with children live near you?

43. Do you enjoy having children in your neighborhood or building?

44. Do you believe that a landlord should be able to prohibit families with children from living in an apartment or house?

45. Do you believe that a landlord should be able to prohibit families with children from living on certain floors in an apartment building?

46. If you concluded that someone had violated the law with respect to fair housing rights, would you object to awarding the victim sufficient money to compensate him or her for having his or her rights violated?

47. Does anyone have any limits in mind regarding how much you would award for emotional distress?

48. Have you ever advocated for "tort or personal injury reform" – that is, for laws or policies which place limits on the amount of money that a person who proves some sort of damage in court can recover?

Dated: January 26, 2011

Respectfully submitted,

/s/ James P. Curry
James P. Curry
Bar No. 10346
CURRY PL
601 Heritage Drive, Suite 203A
Jupiter, FL 33458-2777
(561) 578-4685
james.curry@currypl.com

/s/ Reed N. Colfax
Reed N. Colfax (Admitted *pro hac vice*)
Tara Ramchandani (Admitted *pro hac vice*)
RELMAN, DANE & COLFAX, PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
(202) 728-1888
(202) 728-0848 (fax)
rcolfax@relmanlaw.com
tramchandani@relmanlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 26, 2011, a copy of Plaintiffs' Proposed Voir Dire along with a copy of this Certificate of Service, were served via ECF on all counsel of record identified on the attached SERVICE LIST.

                                                          /s/ Hannah Kieschnick
                                                          Hannah Kieschnick

**SERVICE LIST**

Gary F. Baumann
Candace Moss
FULMER, LeROY, ALBEE, BAUMAN, PLC
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431
gbaumann@fulmerleroy.com
cmoss@fulmerleroy.com


Norman L. Schroeder, II
The Law Offices of Norman L. Schroeder, II, P.A.
6801 Lake Worth Road, Suite 120
Lake Worth, Florida 33467
(561) 642-8884
(561) 642-3377 fax
nschroeder@nlsbankruptcy.com

Kathy J. Maus
Julius F. Parker III
3600 Maclay Boulevard, Suite 101
Tallahassee, FL 32309
Telephone: (850) 894-4111
Facsimile: (850) 894-4999
kmaus@butlerpappas.com
jparker@butlerpappas.com