# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Tara Whyte et al
_____
Plaintiff(s)

vs.

Alsen Management Inc et al
_____
Defendant(s)

Case No. 10-81041-CIV-WPD

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All Plaintiff Exhibits

☐ Attachments
(Exhibit List, Order of Court)

EXHIBITS RELEASED BY: _____ (Deputy Clerk)

SIGNATURE: Tara Ramchandani /HK
PRINT NAME: Tara Ramchandani
AGENCY OF FIRM: Relman, Dane & Colfax
ADDRESS: 1225 19th St NW, Washington
TELEPHONE: (202) 728-1888
DATE: 2/17/2012

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record