## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 10-81041-CIV-DIMITROULEAS/SNOW

TARA WHYTE *et al.*

     Plaintiffs,

vs.

ALSTON MANAGEMENT, INC. *et al.*,

     Defendants.

_____/

### FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Final Judgment [DE 168], filed on February 22, 2012. The Court granted that motion by an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58, the Court now enters final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Judgment is entered in favor of **Plaintiff Mildred Chery** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $17,000.00 for compensatory damages. In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

    a.     Defendant Alston Management, Inc.:     $3,750.00

    b.     Defendant Big Lake Villages, Inc.:     $3,750.00

    c.     Defendant Calvin Alston:     $1,250.00

     d.      Defendant Mona Miller:                  $1,250.00

     e.      Defendant Matthew 25 Ministries, Inc:    $15,000.00

     f.      Defendant Miracle Park, Inc.:         $0.00

2.     Judgment is entered in favor of **Plaintiff Valbert Eccleston** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $41,000.00 for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

     a.      Defendant Alston Management, Inc.:     $7,200.00

     b.      Defendant Big Lake Villages, Inc.:       $7,200.00

     c.      Defendant Calvin Alston:            $2,400.00

     d.      Defendant Mona Miller:                $2,400.00

     e.      Defendant Matthew 25 Ministries, Inc:    $28,800.00

     f.      Defendant Miracle Park, Inc.:         $0.00

3.     Judgment is entered in favor of **Plaintiff Tara Whyte** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $30,000.00 for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

     a.      Defendant Alston Management, Inc.:     $4,500.00

    b.       Defendant Big Lake Villages, Inc.:        <u>$4,500.00</u>

    c.       Defendant Calvin Alston:        <u>$1,500.00</u>

    d.       Defendant Mona Miller:        <u>$1,500.00</u>

    e.       Defendant Matthew 25 Ministries, Inc:        <u>$18,000.00</u>

    f.       Defendant Miracle Park, Inc.:        <u>$0.00</u>

4.    Judgment is entered in favor of **Plaintiff Gloria Rolle** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of <u>$35,000.00</u> for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

    a.       Defendant Alston Management, Inc.:        <u>$4,500.00</u>

    b.       Defendant Big Lake Villages, Inc.:        <u>$4,500.00</u>

    c.       Defendant Calvin Alston:        <u>$1,500.00</u>

    d.       Defendant Mona Miller:        <u>$1,500.00</u>

    e.       Defendant Matthew 25 Ministries, Inc:        <u>$18,000.00</u>

    f.       Defendant Miracle Park, Inc.:        <u>$0.00</u>

5.    Judgment is entered in favor of **Plaintiff Latoria Kelly** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of <u>$38,000.00</u> for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive

damages:

    a.      Defendant Alston Management, Inc.:      $10,500.00

    b.      Defendant Big Lake Villages, Inc.:      $10,500.00

    c.      Defendant Calvin Alston:      $3,500.00

    d.      Defendant Mona Miller:      $3,500.00

    e.      Defendant Matthew 25 Ministries, Inc:      $42,000.00

    f.      Defendant Miracle Park, Inc.:      $0.00

6.    Judgment is entered in favor of **Plaintiff Tyrone Campbell** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $22,000.00 for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

    a.      Defendant Alston Management, Inc.:      $5,100.00

    b.      Defendant Big Lake Villages, Inc.:      $5,100.00

    c.      Defendant Calvin Alston:      $1,700.00

    d.      Defendant Mona Miller:      $1,700.00

    e.      Defendant Matthew 25 Ministries, Inc:      $20,400.00

    f.      Defendant Miracle Park, Inc.:      $0.00

7.    Judgment is entered in favor of **Plaintiff Stanley McWilliams** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $43,000.00

for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

| | | |
|---|---|---|
| a. | Defendant Alston Management, Inc.: | $7,350.00 |
| b. | Defendant Big Lake Villages, Inc.: | $7,350.00 |
| c. | Defendant Calvin Alston: | $2,450.00 |
| d. | Defendant Mona Miller: | $2,450.00 |
| e. | Defendant Matthew 25 Ministries, Inc: | $29,400.00 |
| f. | Defendant Miracle Park, Inc.: | $0.00 |

8.    Judgment is entered in favor of **Plaintiff Miretha McWilliams** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $43,000.00 for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

| | | |
|---|---|---|
| a. | Defendant Alston Management, Inc.: | $14,700.00 |
| b. | Defendant Big Lake Villages, Inc.: | $14,700.00 |
| c. | Defendant Calvin Alston: | $4,900.00 |
| d. | Defendant Mona Miller: | $4,900.00 |
| e. | Defendant Matthew 25 Ministries, Inc: | $58,800.00 |
| f. | Defendant Miracle Park, Inc.: | $0.00 |

9.    Judgment is entered in favor of **Plaintiff Fair Housing Center of the Greater**

**Palm Beaches, Inc.** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $46,250.00 for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

    a.    Defendant Alston Management, Inc.:    $0.00

    b.    Defendant Big Lake Villages, Inc.:    $0.00

    c.    Defendant Calvin Alston:    $0.00

    d.    Defendant Mona Miller:    $0.00

    e.    Defendant Matthew 25 Ministries, Inc:    $0.00

    f.    Defendant Miracle Park, Inc.:    $0.00

10.    Judgment is entered in favor of **Plaintiff Leonard Rolle** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $20,000.00 for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

    a.    Defendant Alston Management, Inc.:    $1,500.00

    b.    Defendant Big Lake Villages, Inc.:    $1,500.00

    c.    Defendant Calvin Alston:    $500.00

    d.    Defendant Mona Miller:    $500.00

    e.    Defendant Matthew 25 Ministries, Inc:    $6,000.00

      f.        Defendant Miracle Park, Inc.:        <u>$0.00</u>

11.    Judgment is entered in favor of **Plaintiff Albert Spencer** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of <u>$17,000.00</u> for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

      a.        Defendant Alston Management, Inc.:        <u>$3,750.00</u>

      b.        Defendant Big Lake Villages, Inc.:        <u>$3,750.00</u>

      c.        Defendant Calvin Alston:        <u>$1,250.00</u>

      d.        Defendant Mona Miller:        <u>$1,250.00</u>

      e.        Defendant Matthew 25 Ministries, Inc:        <u>$15,000.00</u>

      f.        Defendant Miracle Park, Inc.:        <u>$0.00</u>

12.    Judgment is entered in favor of **Plaintiff Charlise Mack** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of <u>$41,000.00</u> for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

      a.        Defendant Alston Management, Inc.:        <u>$14,400.00</u>

      b.        Defendant Big Lake Villages, Inc.:        <u>$14,400.00</u>

      c.        Defendant Calvin Alston:        <u>$4,800.00</u>

  d.  Defendant Mona Miller:    $4,800.00

  e.  Defendant Matthew 25 Ministries, Inc:  $57,600.00

  f.  Defendant Miracle Park, Inc.:   $0.00

13. Judgment is entered in favor of **Plaintiff Hattie Walker** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $20,000.00 for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

  a.  Defendant Alston Management, Inc.:  $2,250.00

  b.  Defendant Big Lake Villages, Inc.:  $2,250.00

  c.  Defendant Calvin Alston:    $750.00

  d.  Defendant Mona Miller:    $750.00

  e.  Defendant Matthew 25 Ministries, Inc:  $9,000.00

  f.  Defendant Miracle Park, Inc.:   $0.00

14. Judgment is entered in favor of **Plaintiff Shirley Campbell** against Defendants Alston Management, Inc., Big Lake Villages, Inc., Calvin Alston, Mona Miller, Matthew 25 Ministries, Inc. and Miracle Park, Inc. in the amount of $35,000.00 for compensatory damages.  In addition, judgment is entered in this plaintiff's favor for the following amounts against the following defendants for punitive damages:

  a.  Defendant Alston Management, Inc.:  $10,800.00

|   |   |   |
|---|---|---|
| b. | Defendant Big Lake Villages, Inc.: | $10,800.00 |
| c. | Defendant Calvin Alston: | $3,600.00 |
| d. | Defendant Mona Miller: | $3,600.00 |
| e. | Defendant Matthew 25 Ministries, Inc: | $43,200.00 |
| f. | Defendant Miracle Park, Inc.: | $0.00 |

15.  The liability for compensatory damages is joint and several among all of the

Defendants.

16.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as

moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

10th day of April, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record