UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:10-cv-81041-WPD

TARA WHYTE, *et al.*,

    Plaintiffs

v.

ALSTON MANAGEMENT, INC., *et al.*,

    Matthew 25 Defendants

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA: To All and Singular the Sheriffs of the State:

    YOU ARE COMMANDED to summon the garnishee, PNC Bank, 6320 Lantana Rd., Lake Worth, FL 33463, to serve an answer to this writ on Reed Colfax, plaintiffs' attorney, whose address is: Relman, Dane & Colfax PLLC, 1225 19th St., NW, Suite 600, Washington, D.C. 20036, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of the Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to defendants, Matthew 25 Ministries, Inc. and Miracle Park, Inc., at the same time of the answer or was indebted at the time of service of this Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant the garnishee has in his possession or control at the time of the answer or had at the time of service of this Writ, or at anytime between such times, and whether the garnishee knows of any other person indebted to the defendant or who may have any of the property of the defendant in his possession or control.

The amount set forth in plaintiffs' motion is $585,325.00.

                Mailing Address:
United States District Court, Southern District of Florida Clerk's Office
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF A JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF $585,325.00.

WITNESS my hand and Official Seal on the 13 day of June, 2014, in Fort Lauderdale, Florida.

**STEVEN M. LARIMORE**
BY /s/ Sandelin
Clerk of Court
U.S.D.C. for the Southern District of Florida