UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:10-cv-81041-WPD

TARA WHYTE, et al,

    Plaintiffs,

vs.

ALSTON MANAGEMENT, INC., et al,

    Defendants.
_____/

**ANSWER OF GARNISHEE, PNC BANK, N.A., AND
REQUEST FOR PAYMENT PURSUANT TO FLORIDA STATUTE 77.28**

Comes now the Garnishee, PNC BANK, N.A., by and through its undersigned attorneys, and for its answer to the Writ of Garnishment served on the Garnishee on June 13, 2014, says as follows:

1.    That between the time of this Answer and the time of service of said Writ, Garnishee was indebted to the Defendant, MATTHEW 25 MINISTRIES, INC., in the sum of $13.04 in a checking account.

2.    That between the time of this Answer and the time of service of said Writ, Garnishee was indebted to the Defendant, MATTHEW 25 MINISTRIES, INC., in the sum of $22.00 in a joint checking account. BENEVOLENCE claims an interest in and to the funds held in said account, in that it is a joint account in the names of MATTHEW 25 MINISTRIES, INC. and BENEVOLENCE.

3.    That between the time of this Answer and the time of service of said Writ, the Defendant, MATTHEW 25 MINISTRIES, INC., has a checking account with Garnishee,

TARA WHYTE, et al, vs. ALSTON MANAGEMENT, INC., et al
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION,CASE NO. 9:10-cv-81041-WPD
ANSWER OF GARNISHEE, PNC BANK, N.A., AND REQUEST
FOR PAYMENT PURSUANT TO FLORIDA STATUTE 77.28
Page 2

PNC BANK, N.A., in the name of MATTHEW 25 MINISTRIES, INC. DBA JACOBS DESTINY CHURCH with a **negative** $97.59 balance.

4. That between the time of this Answer and the time of service of said Writ, Garnishee did not have any other goods, money, chattels or effects of said Defendant in its hands, possession or control at any time between said period.

5. That Garnishee does not know of any other persons indebted to said Defendant or who may have the effects of said Defendant in his hands, possession or control at any time between said period.

6. That the last known address on record with Garnishee, PNC BANK, N.A., for BENEVOLENCE and the Defendant, MATTHEW 25 MINISTRIES, INC., is 3152 Rostan Lane, Lake Worth, Florida 33461-2422.

7. Against the amounts listed, Garnishee claims the right to setoff as to all amounts due to Garnishee for and including, but not limited to, overdrafts, charge offs, fees, expenses, amounts due by contractual agreement and all other items of setoff permissible by the garnishment statute and applicable law.

8. That between the time of this Answer and the time of service of said Writ, Garnishee, PNC BANK, N.A., was not indebted to the Defendant, MIRACLE PARK, INC., and that it did not have any goods, money, chattels or effects of said Defendant in its hands, possession or control at any time between said period.

9. That Garnishee does not know of any other persons indebted to said Defendant or who may have the effects of said Defendant in his hands, possession or control at any time between said period.

TARA WHYTE, et al, vs. ALSTON MANAGEMENT, INC., et al
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION, CASE NO. 9:10-cv-81041-WPD
ANSWER OF GARNISHEE, PNC BANK, N.A., AND REQUEST
FOR PAYMENT PURSUANT TO FLORIDA STATUTE 77.28
Page 3

10. That the Defendant, MIRACLE PARK, INC., is on file with Garnishee, PNC BANK, N.A., and the last known address on record is 120 Pelican Lake Drive, Pahokee, Florida 33476-3103.

11. That Garnishee is obligated to pay its attorney a reasonable fee and requests an award of costs and a reasonable attorneys' fee for expenses incurred by Garnishee in obtaining representation in and about this suit, as provided by law. Further, Garnishee demands payment, as part payment of its attorneys' fees, of the $100 paid into the registry of the Court pursuant to Florida Statute 77.28.

WHEREFORE, Garnishee, PNC BANK, N.A., prays, having fully answered said Writ of Garnishment, that the Clerk release the $100.00 paid into the registry of the Court for attorney's fees, to Garnishee's attorney and payable to PRUITT & PRUITT, P.A.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to Reed Colfax, Esq., RELMAN, DANE & COLFAX, PLLC, 1225 19th Street, N.W., Suite 600, Washington, D.C. 20036, by mail, this _23rd_ day of June, 2014.

PRUITT & PRUITT, P.A.
Suite 5
3030 South Dixie Highway
West Palm Beach, Florida 33405
Tel. No. 561/655-8080
Fax No. 561/655-4134
Primary email: jknight@snedpruitt.com
Secondary email: wepruitt@snedpruitt.com

By _William H. Pruitt_
William H. Pruitt
Florida Bar No. 064530